**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000080**
**11-AUG-2017**
**08:09 AM**

NO. CAAP-17-0000080

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
CRAIG KAAWA, Defendant-Appellee,
and
MATTHEW McGILL as General Agent for BANKERS INSURANCE/
aka BANKERS SURETY AND BANKERS INSURANCE/
aka BANKERS SURETY, Real-Party-in-Interest/Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 15-1-0539)

ORDER GRANTING THE AUGUST 2, 2017 MOTION TO WITHDRAW APPEAL
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the Motion to Withdraw Appeal,
filed August 2, 2017, by Real Party in Interest-Appellant Matthew
McGill as General Agent for Bankers Insurance (Appellant), the
papers in support, and the record, it appears that (1) the appeal
was docketed on May 2, 2017; (2) pursuant to Hawaiʻi Rules of
Appellate Procedure Rule 42(b), Appellant seeks to dismiss the
appeal, with the parties to bear their own costs; and (3) there
is good cause to grant the motion.

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, August 11, 2017.

Chief Judge

Associate Judge

Associate Judge